```
                                            IT IS HEREBY ADJUDGED
                                            and DECREED this is SO
                                            ORDERED.
```

**TIFFANY & BOSCO**
P.A.

Dated: November 15, 2010

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____



Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-22073

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>David Alan Jones and Brenda Leigh Jones<br>         Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>         Movant,<br>     vs.<br><br>David Alan Jones and Brenda Leigh Jones, Debtors, Andrew S. Nemeth, Trustee.<br><br>         Respondents. | No. 2:10-BK-25095-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #18) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 28, 2003 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and David Alan Jones and Brenda Leigh Jones have an interest in, further described as:

> Lot 85, CACTUS MEADOWS, according to Book 299 of Maps, page 30, and Affidavits of Corrections recorded April 9, 1987, in 87-216587 and recorded July 1, 1987, in 87-421718, and Affidavit of Correction recorded February 2, 1988 in 88-050118, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.